H. C. JONES, Collector of Internal Revenue for the District of Oklahoma, v. TOKLAN ROYALTY CORPORATION, a Corporation.

No. 3127.

Circuit Court of Appeals, Tenth Circuit.

Feb. 27, 1945.

Charles E. Dierker, U. S. Atty., of Oklahoma City, Okl., for appellant.

I. J. Underwood, of Tulsa, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.
Docketed and dismissed per stipulation.

CHATEAU FRONTENAC, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9752.

Circuit Court of Appeals, Sixth Circuit.

March 12, 1945.

Field, Lovejoy & Buchholz and Samuel H. Rubin, all of Detroit, Mich., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, A. F. Prescott, and S. Dee Hanson, all of Washington, D. C., for respondent.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.
This cause was heard on the record, briefs and arguments of counsel, and it appearing that there was substantial evidence to support the findings of the Tax Court, it is therefore ordered and adjudged that the decision of that court entered on October 20, 1942, be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of the court filed the same day.

Abe GOODMAN, Esther Goodman, Lillian Goodman, a Copartnership, Doing Business as J. Goodman Candy & Cigar Company, Appellants, v. UNITED STATES of America.

No. 12947.

Circuit Court of Appeals, Eighth Circuit.

Feb. 23, 1945.

John V. Lee, of St. Louis, Mo., for appellants.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., George L. Robertson, Taylor Sandison, and John O. Hichew, all of Office of Price Administration, all of St. Louis, Mo., for appellee.

PER CURIAM.
Appeal from District Court dismissed at costs of appellants, but without taxation of any costs in this Court in favor of appellee, on stipulation of parties for dismissal.